Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS CRUMMETT,** | Case No. 5:11-CV-02969-PSG |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **JACOB COLLECTION GROUP LLC, a corporation; and MICHAEL A. JACOB, II, an individual,** | |
| Defendants. | |

NOW COMES THE PLAINTIFF by and through his attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff requests that this Honorable Court allow sixty (60) days with which to file dispositive documentation. A Voluntary Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 15th day of August, 2011.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Notice of Settlement - 1

1  Filed electronically on this 15th day of August, 2011, with:

2  United States District Court CM/ECF system

3  Notification sent electronically via the Court's ECF system to:

4

5  Honorable Paul S. Grewal
   United States District Court
6  Northern District of California

7  Notification sent via U.S. Mail to:

8  Michael A. Jacob, II
9   JACOB LAW GROUP, PLLC
   JACOB COLLECTION GROUP, LLC
10 2623 West Oxford Loop
   P.O. Box 948
11 Oxford, MS  38655

12
   This 15th day of August, 2011.
13

14 s/Todd M. Friedman
   Todd M. Friedman

15

16

17

18

19

20

21

22

23

24

25

26

27

28