Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS CRUMMETT,** | ) Case No. 5:11-CV-02969-PSG |
| | ) |
| Plaintiff, | ) **NOTICE OF VOLUNTARY** |
| | ) **DISMISSAL WITHOUT PREJUDICE** |
| vs. | ) |
| | ) |
| **JACOB COLLECTION GROUP LLC,** | ) |
| **a corporation; and MICHAEL A.** | ) |
| **JACOB, II, an individual,** | ) |
| | ) |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case without prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 29th day of August, 2011.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Notice of Dismissal - 1

Filed electronically on this 29th day of August, 2011, with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 29th day of August, 2011, via the ECF system to:

Honorable Paul Singh Grewal
Judge of the United States District Court
Northern District of California

Copy sent via mail on this 29th day of August, 2011, to:

Michael A. Jacob, II
JACOB LAW GROUP, PLLC
JACOB COLLECTION GROUP, LLC
2623 West Oxford Loop
P.O. Box 948
Oxford, MS  38655

By: s/Todd M. Friedman
       Todd M. Friedman